NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TODD CONSTRUCTION, L.P., (FORMERLY KNOWN AS TODD CONSTRUCTION CO., INC.),**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5166

---

Appeal from the United States Court of Federal Claims in case no. 07-CV-324, Judge George W. Miller.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Todd Construction, L.P.'s motion for leave to file a corrected brief,

IT IS ORDERED THAT:

The motion is granted. If the corrected brief has not already been filed, it is due within 14 days of the date of filing of this order.

FOR THE COURT

APR 1 3 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Robert L. Magrini, Esq.
    Matthew H. Solomson, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 3 2011

JAN HORBALY
CLERK